

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00160-CV

**EOG RESOURCES, INC.**,
Appellant

v.

**CNH ENTERPRISE HOLDINGS, LTD.**,
Appellee

From the 156th Judicial District Court, McMullen County, Texas
Trial Court No. M-23-0029-CV-B
Honorable Patrick L. Flanigan, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE BRISSETTE

In accordance with this court's opinion of this date, the trial court's order, dated February 27, 2024, denying EOG Resources, Inc.'s Motion to Dismiss Plaintiff CNH Enterprise Holdings, Ltd.'s Claim for Failure to Protect from Drainage Under the Texas Citizens Participation Act is AFFIRMED. It is ORDERED that the costs of this appeal are taxed against appellant EOG Resources, Inc.

SIGNED September 30, 2025.

Rebeca C. Martinez, Chief Justice